UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
FRANCISCO ANCAIPURO CCORIHUAMAN,

                     Petitioner,

           - against –

KENNETH GENALO, in his official capacity
as Field Office Director of New York, Immigration
and Customs Enforcement, TODD M. LYONS, the
Acting Director of U.S. Immigration and Customs
Enforcement, KRISTI NOEM, the Secretary of the
Department of Homeland Security, PAMELA BONDI,
the Attorney General of the United States,

                     Respondents.
------------------------------------------------------------- X

**JUDGMENT**
**26-CV-00554 (HG)**

A Memorandum and Order of Honorable Hector Gonzalez, United States District Judge,

having been filed on February 6, 2026, granting Petitioner's petition for a writ of habeas; it is

ORDERED and ADJUDGED that Petitioner's petition for a writ of habeas corpus is

granted; the government is directed to immediately release Petitioner from custody and is further

directed to certify compliance with the Court's Order by filing a letter on the docket no later than

12:00 p.m. on February 9, 2026; and that Petitioner shall not be re-detained without notice and

an opportunity to be heard at a pre-deprivation bond hearing before a neutral decisionmaker,

where Respondents will have the burden of showing that his detention is authorized under 8

U.S.C. § 1226(a).

Dated: Brooklyn, New York
     February 9, 2026

Approved by: */s/ Hector Gonzalez*
                HECTOR GONZALEZ
                United States District Judge

Dated: Brooklyn, New York
     February 9, 2026

Approved by: _ */s/Brenna B. Mahoney*
                BRENNA B. MAHONEY
                Clerk of Court